PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

**U.S.A. vs. Karen Thomas**                     **Docket No.  5:13-MJ-1155-1**

### Petition for Action on Conditions of Pretrial Release

COMES NOW Julie Wise Rosa, probation officer of the court, presenting an official report upon the conduct of defendant, Karen Thomas, who was placed under pretrial release supervision by the Honorable James E. Gates, U.S. Magistrate Judge, sitting in the Court at  Raleigh, NC, on the 19th day of February, 2013, under the following conditions:

- Report to the probation office as directed.

- Maintain or actively seek employment.

- Surrender any passport to the U.S. Probation Office.

- Obtain no passport.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from excessive use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance.  Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing.  The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in the Home Detention Program components and abide by its requirements as the pretrial services office or supervising officer instructs: You are restricted to your residence at all times except for employment; education; religious services; medical; substance abuse or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the probation office of supervising officer.

**Karen Thomas**
**Docket No. 5:13-MJ-1155-1**
**Petition For Action**
**Page 2**

- Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the supervising officer related to the proper operation of the technology: Location monitoring technology as directed by the pretrial services office or supervising officer.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

While on pretrial release, Thomas has been exhibiting extreme symptoms of anxiety. The probation officer has discussed this with the defendant on several occasions and it has been determined that she is in need of a mental health assessment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/Michael C. Brittain
Michael C. Brittain
Senior U.S. Probation Officer

/s/Julie Wise Rosa
Julie Wise Rosa
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: (919) 861-8660
Executed On: March 12, 2013

**ORDER OF COURT**

Considered and ordered this 12th day of March, 2013, and ordered filed and made a part of the records in the above case.

James E. Gates
United States Magistrate Judge

Case 5:13-mj-01155-JG   Document 17   Filed 03/13/13   Page 2 of 2